# MINUTE ORDER

RULE 5 DOCS
CR 21-169 WMW/HB          Page 3

## Magistrate Judge Alicia M. Otazo-Reyes

**Atkins Building Courthouse - 10th Floor**          Date: 11/15/2021  Time: 2:00 p.m.

Defendant: Harold Bennie Kaeding          J#: 02568-506          Case #: **21-MJ-4220-OTAZO-REYES (SEALED)**

AUSA: _Kevin Larsen_          Attorney: _____

Violation: D/MN/WARR/INDICT/Wire Fraud/Money Laundering          Surr/Arrest Date: 11/14/2021    YOB: 1949

Proceeding: Initial Appearance          CJA Appt: _____

Bond/PTD Held: ○ Yes  ○ No          Recommended Bond: _____

Bond Set at: _____          Co-signed by: _____

| | |
|---|---|
| ☐ Surrender and/or do not obtain passports/travel docs | Language: _English_ |
| ☐ Report to PTS as  directed/or _____ x's a week/month by phone: _____ x's a week/month in person | Disposition: |
| ☐ Random urine testing by Pretrial Services _____ Treatment as deemed necessary | Brady Warning |
| ☐ Refrain from excessive use of alcohol | matter reset due to the |
| ☐ Participate in mental health assessment & treatment | unavailability of |
| ☐ Maintain or seek full-time employment/education | a sign language |
| ☐ No contact with victims/witnesses, except through counsel | interpreter |
| ☐ No firearms | |
| ☐ Not to encumber property | |
| ☐ May not visit transportation establishments | |
| ☐ Home Confinement/Electronic Monitoring and/or Curfew _____ pm to _____ am, paid by _____ | |
| ☐ Allowances: Medical needs, court appearances, attorney visits, religious, employment | |
| ☐ Travel extended to: _____ | Time from today to _____ excluded from Speedy Trial Clock SCANNED |
| ☐ Other: _____ | |

NEXT COURT APPEARANCE     Date:          Time:          Judge:          NOV 19 2021

Report RE Counsel: _____          U.S. DISTRICT COURT MPLS

PTD/Bond Hearing: _____

Prelim/Arraign or Removal:

Status Conference RE: _Initial Appearance_  11/16/21  2:00 p.m.  Duty  Miami

D.A.R. 14:01:35          Time in Court: 4 Min

s/Alicia M. Otazo-Reyes          Magistrate Judge

# MINUTE ORDER

Page 5

## Magistrate Judge Alicia M. Otazo-Reyes

**Atkins Building Courthouse - 10th Floor**          Date: 11/16/2021   Time: 2:00 p.m.

Defendant: HAROLD BENNIE KAEDING    J#: 02568-506   Case #: 21-MJ-4220-OTAZO-REYES (SEALED)

AUSA: Annie Martinez          Attorney: _____

Violation: D/MN/WARR/INDICT/WIRE FRAUD/MONEY LAUNDERING      Surr/Arrest Date: 11/14/2021   YOB: 1949

Proceeding: Initial Appearance          CJA Appt: _____

Bond/PTD Held: ○ Yes  ○ No     Recommended Bond: _____

Bond Set at: _____          Co-signed by: _____

- [x] Surrender and/or do not obtain passports/travel docs
- [x] Report to PTS as directed/or _____ x's a week/month by phone: _____ x's a week/month in person
- [x] Random urine testing by Pretrial Services / Treatment as deemed necessary
- [x] Refrain from excessive use of alcohol
- [x] Participate in mental health assessment & treatment
- [x] Maintain or seek full-time employment/education
- [x] No contact with victims/witnesses, except through counsel
- [x] No firearms
- [x] Not to encumber property
- [x] May not visit transportation establishments
- [x] Home Confinement/Electronic Monitoring and/or Curfew _____ pm to _____ am, paid by _____
- [x] Allowances: Medical needs, court appearances, attorney visits, religious, employment
- [x] Travel extended to: _____
- [x] Other: _____

Language: English *

Disposition:
Brady Warning

* Deft requires CART Captioning Services (Communication Access Real-time Translation) to understand what is being said in court because he is hearing impaired. Matter reset to obtain the service.

Time from today to _____ excluded from Speedy Trial Clock

**NEXT COURT APPEARANCE**  Date: _____  Time: _____  Judge: _____  Place: _____

Report RE Counsel: _____

PTD/Bond Hearing: _____

Prelim/Arraign or Removal:
Initial appearance    11/17/21   2:00 p.m.   Duty   Miami
Status Conference RE:

D.A.R. 14:13:40, 14:50:06          Time in Court: 10 min

s/Alicia M. Otazo-Reyes          Magistrate Judge

Case 1:21-mj-04220-AOR   Document 5   Entered on FLSD Docket 11/18/2021   Page 1 of 1

# MINUTE ORDER

Page 1

## Magistrate Judge Alicia M. Otazo-Reyes

Atkins Building Courthouse - 10th Floor          Date: 11/17/21   Time: 10:00 A.M.

Defendant: HAROLD BENNIE KAEDING       J#: 02568-506     Case #: 21-4220-OTAZO-REYES (SEALED)

AUSA: Breezye Telfair                  Attorney: _____

Violation: DISTRICT/MINNESOTA/WIRE FRAUD/          Surr/Arrest Date: 11/14/21      YOB: 1949
MONEY LAUNDERING

Proceeding: Initial Appearance                         CJA Appt: _____

Bond/PTD Held: ○ Yes  ⊗ No      Recommended Bond: PTD

Bond Set at: Stip PTD w/right to revisit   Co-signed by: _____

- ☐ Surrender and/or do not obtain passports/travel docs          Language: English *

- ☐ Report to PTS as directed/or _____ x's a week/month by phone: _____ x's a week/month in person
- ☐ Random urine testing by Pretrial Services
  Treatment as deemed necessary
- ☐ Refrain from excessive use of alcohol
- ☐ Participate in mental health assessment & treatment
- ☐ Maintain or seek full-time employment/education
- ☐ No contact with victims/witnesses, except through counsel
- ☐ No firearms
- ☐ Not to encumber property
- ☐ May not visit transportation establishments
- ☐ Home Confinement/Electronic Monitoring and/or Curfew _____ pm to _____ am, paid by _____
- ☐ Allowances: Medical needs, court appearances, attorney visits, religious, employment
- ☐ Travel extended to: _____
- ☐ Other: _____

Disposition:
Brady Warning
Case unsealed

Rights
Sworn
Indigent
AFPD appt

Stip PTD w/right to revisit
Deft waived removal
+ Ordered removed to
the D/MN

Time from today to _____ excluded from Speedy Trial Clock

NEXT COURT APPEARANCE   Date:        Time:        Judge:        Place:

Report RE Counsel: _____

PTD/Bond Hearing: _____

Prelim/Arraign o. Removal: _____

Status Conference RE: _____

D.A.R. 10:01:42                          Time in Court: 20 min

s/Alicia M. Otazo-Reyes                          Magistrate Judge

* Deft requires the use of CART Services Translation

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

Case No. 21-MJ-4220-OTAZO-REYES (SEALED)

UNITED STATES OF AMERICA,
       Plaintiff,

V.

HAROLD BENNIE KAEDING,
       Defendant(s).
_____/

## ORDER

THIS CAUSE came before the Court and pursuant to proceedings it is thereupon, PURSUANT TO THE ARREST OF THE ABOVE NAMED DEFENDANT, THIS CASE IS HEREBY UNSEALED.

**DONE AND ORDERED** at Miami, Florida.

Dated: 11/17/2021

**Alicia M. Otazo-Reyes**
**UNITED STATES MAGISTRATE JUDGE**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. _2/-4220-AOR_____

UNITED STATES OF AMERICA,
     Plaintiff,

vs.                            **WAIVER OF REMOVAL HEARING**

_Harold Bennie Kaeding,_

     Defendant.

_____/

I, _Harold Bennie Kaeding_____, charged in a proceeding pending in the

_District of Minnesota_____ and having been arrested in the Southern

District of Florida and taken before **ALICIA M. OTAZO-REYES**_____, a United States

Magistrate Judge for that district, who informed me of the charge and of my right to retain counsel

or request the assignment of counsel if I am unable to retain counsel, and to have a hearing or execute

a waiver thereof, do hereby waive a hearing before the aforementioned magistrate and consent to the

issuance of a warrant/order for my removal to the _District of minnesota_____

where the aforesaid charge is pending against me.

     **DONE** and **ORDERED** at Miami, Florida this _17th_ day of ___November___,

20_21_

_____
Witness

X _____
          Signature of Defendant

_____
**ALICIA M. OTAZO-REYES**
**UNITED STATES MAGISTRATE JUDGE**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 21-4220-MJ-OTAZO-REYES

UNITED STATES OF AMERICA

       Plaintiff,

vs.

HAROLD BENNIE KAEDING,

       Defendant.

_____/

### DEFENDANT'S INVOCATION OF RIGHTS TO SILENCE AND COUNSEL

The Defendant named above does hereby invoke his rights to remain silent and to counsel with respect to any and all questioning or interrogation, regardless of the subject matter, including, but not limited to: matters that may bear on or relate to arrest, searches and seizures, bail, pretrial release or detention, evidence at trial, guilt or innocence, forfeitures; or that may be relevant to sentencing, enhanced punishments, factors applicable under the United States Sentencing Guidelines, restitution, immigration status or consequences resulting from arrest or conviction; appeals or other post-trial proceedings.

The Defendant requests that the United States Attorney ensure that this invocation of rights is honored, by forwarding a copy of it to all law enforcement agents, government officials, or employees associated with the investigation of any matters relating to the defendant.  Any contact with the Defendant must be made through the defendant's lawyer, undersigned counsel.

MICHAEL CARUSO
FEDERAL PUBLIC DEFENDER

By:    /s/ Stewart G. Abrams
Assistant Federal Public Defender
Florida Bar No. 371076
150 West Flagler Street, Suite 1500
Miami, Florida 33130-1556
Tel:  (305) 530-7000/Fax: (305) 530-7120
E-mail: stewart_abrams@fd.org

## CERTIFICATE OF SERVICE

I HEREBY certify that on **November 18, 2021**, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.  I also certify that the foregoing document is being served this day on all counsel of record via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

/s/ Stewart G. Abrams

**United States District Court**
**Southern District of Florida**

Case No. 21- 4220 - AOR

UNITED STATES OF AMERICA,

v.

Charging District's Case No.

Harold Bennie Kaeding
(USM#02568-504

_____/

COMMITMENT TO ANOTHER DISTRICT

The defendant has been ordered to appear in the District of Minnesota
Stewart Abrams, AFPD appeared as counsel on behalf of the Defendant for
proceedings in this District.

The defendant remains in custody after the initial appearance in the Southern District of Florida.

**IT IS ORDERED** that the United States marshal must transport the defendant, together with a copy of this order, to the charging district and deliver the defendant to the United States marshal for that district, or to another officer authorized to receive the defendant. The marshal or officer in the charging district should immediately notify the United States attorney and the clerk of court for that district of the defendant's arrival so that further proceedings may be promptly scheduled. The clerk of this district must promptly transmit the papers and any bail to the charging district.

**DONE AND ORDERED** at Miami, Florida on Nov. 19, 2021 .

Alicia M. Otazo-Reyes
United States Magistrate Judge

INTERPRETER

# U.S. District Court
## Southern District of Florida (Miami)
## CRIMINAL DOCKET FOR CASE #: 1:21-mj-04220-AOR-1

| | |
|---|---|
| Case title: USA v. KAEDING | Date Filed: 11/15/2021 |
| | Date Terminated: 11/19/2021 |

Assigned to: Magistrate Judge Alicia M. Otazo-Reyes

**Defendant (1)**

| | |
|---|---|
| **Harold Bennie Kaeding** | represented by **Noticing FPD-MIA** |
| 02568-506 | 305-530-7000 |
| *YOB: 1949; ENGLISH (CART CAPTIONING SERVICES)* | Email: MIA_ECF@FD.org |
| *TERMINATED: 11/19/2021* | *LEAD ATTORNEY* |
| | *ATTORNEY TO BE* |
| | *NOTICED* |
| | *Designation: Public Defender* |
| | *Appointment* |

**Pending Counts**                                        **Disposition**

None

**Highest Offense Level (Opening)**

None

**Terminated Counts**                                     **Disposition**

None

**Highest Offense Level (Terminated)**

None

**Complaints**                                            **Disposition**

WARRANT/INDICTMENT/DISTRICT/MINNESOTA/WIRE
FRAUD/MONEY LAUNDERING

---

**Plaintiff**

| | |
|---|---|
| **USA** | represented by **Noticing AUSA CR TP/SR** |
| | Email: Usafls.transferprob@usdoj.gov |
| | *LEAD ATTORNEY* |

*ATTORNEY TO BE NOTICED*
*Designation: Retained*

| Date Filed | # | Docket Text |
|---|---|---|
| 11/15/2021 | 1 | Magistrate Removal of Warrant/Indictment from the District of Minnesota, Case number in the other District CR 21-169 WMW/HB as to Harold Bennie Kaeding (1). (cg1) (Entered: 11/15/2021) |
| 11/15/2021 | 2 | Minute Order for proceedings held before Magistrate Judge Alicia M. Otazo-Reyes: Status Conference re: Initial Appearance as to Harold Bennie Kaeding held on 11/15/2021. (Initial Appearance reset for 11/16/2021 02:00 PM in Miami Division before MIA Duty Magistrate.) (Digital 14:07:35)<br><br>It is ORDERED AND ADJUDGED that pursuant to the Due Process Protections Act, the Court confirms the United States obligation to disclose to the defendant all exculpatory evidence- that is, evidence that favors the defendant or casts doubt on the United States case, as required by *Brady v. Maryland*, 373 U.S. 83 (1963) and its progeny, and ORDERS the United States to do so. The government has a duty to disclose any evidence that goes to negating the defendants guilt, the credibility of a witness, or that would reduce a potential sentence. The defendant is entitled to this information without a request. Failure to disclose exculpatory evidence in a timely manner may result in consequences, including, but not limited to, exclusion of evidence, adverse jury instructions, dismissal of charges, contempt proceedings, disciplinary action, or sanctions by the Court. Signed by Magistrate Judge Alicia M. Otazo-Reyes on 11/15/2021. (cg1) (Entered: 11/16/2021) |
| 11/16/2021 | 3 | Minute Order for proceedings held before Magistrate Judge Alicia M. Otazo-Reyes: Status Conference Re: initial appearance - Rule 5(c)(3)/40, as to Harold Bennie Kaeding held on 11/16/2021. (Initial Appearance - Rule 5(c)(3)/40 reset for 11/17/2021 02:00 PM in Miami Division before MIA Duty Magistrate.) NOTE: DEFENDANT REQUIRES CAPTIONING SERVICES - COMMUNICATION ACCESS REAL-TIME TRANSLATION - (CART). (Digital 14:13:40/14:50:06)<br><br>It is ORDERED AND ADJUDGED that pursuant to the Due Process Protections Act, the Court confirms the United States obligation to disclose to the defendant all exculpatory evidence- that is, evidence that favors the defendant or casts doubt on the United States case, as required by *Brady v. Maryland*, 373 U.S. 83 (1963) and its progeny, and ORDERS the United States to do so. The government has a duty to disclose any evidence that goes to negating the defendants guilt, the credibility of a witness, or that would reduce a potential sentence. The defendant is entitled to this information without a request. Failure to disclose exculpatory evidence in a timely manner may result in consequences, including, but not limited to, exclusion of evidence, adverse jury instructions, dismissal of charges, contempt proceedings, disciplinary action, or sanctions by the Court. Signed by Magistrate Judge Alicia M. Otazo-Reyes on 11/16/2021. (cg1) (Entered: 11/17/2021) |
| 11/17/2021 | 5 | Minute Order for proceedings held before Magistrate Judge Alicia M. Otazo-Reyes: Initial Appearance in Rule 5(c)(3)/Rule 40 Proceedings as to Harold Bennie Kaeding held on 11/17/2021. Date of Arrest or Surrender: 11/14/21. English - Defendant requires the use of CART Services Translation. Attorney added: Noticing FPD-MIA for Harold Bennie Kaeding (Digital 10:01:42) Signed by Magistrate Judge Alicia M. Otazo-Reyes on 11/17/2021. (cg1) (Entered: 11/18/2021) |
| 11/17/2021 | 6 | Order to Unseal as to Harold Bennie Kaeding. Signed by Magistrate Judge Alicia M. Otazo-Reyes on 11/17/2021. (fbn) (Entered: 11/18/2021) |
| 11/17/2021 | 7 | WAIVER of Rule 5(c)(3)/Rule 40 Hearing by Harold Bennie Kaeding (cg1) (Entered: |

| | | 11/19/2021) |
|---|---|---|
| 11/18/2021 | 4 | Invocation of Right to Silence and Counsel by Harold Bennie Kaeding (Abrams, Stewart) (Entered: 11/18/2021) |
| 11/19/2021 | 8 | COMMITMENT TO ANOTHER DISTRICT as to Harold Bennie Kaeding. Defendant committed to District of District of Minnesota.. Closing Case for Defendant. Signed by Magistrate Judge Alicia M. Otazo-Reyes on 11/17/2021. *See attached document for full details.* (fbn) (Entered: 11/19/2021) |
| 11/19/2021 | 9 | Notice of Criminal Transfer to District of Minnesota of a Rule 5 or Rule 32 Initial Appearance as to Harold Bennie Kaeding. Your case number is: CR 21-169 WMW/HB. Docket sheet and documents attached. If you require certified copies of any documents, please call our Records Section at 305-523-5210. *Attention Receiving Court: If you wish to designate a different email address for future transfers, send your request to TXND at: InterDistrictTransfer_TXND@txnd.uscourts.gov.* (fbn) (Entered: 11/19/2021) |