

## JOHNSON & GREENBERG, P.L.L.P.
### ATTORNEYS AT LAW

LEE R. JOHNSON
JILL D. GREENBERG

5775 Wayzata Boulevard
Suite 700
St. Louis Park, MN 55416

TELEPHONE  (952) 545-1621
FAX              (952) 546-4829
lrjohnson@integraonline.com
jgreenberg@integraonline.com

December 14, 2022

**VIA ECF**
The Honorable John F. Docherty
United States District Court
316 N. Robert Street
St. Paul, MN 55101

      Re:    United States v. Harold Bennie Kaeding
                  Crim. No.: 21-133 (DWF/DTS)

Dear Magistrate Judge Docherty:

Karen Mohrlant and I represent Defendant Harold Bennie Kaeding. I am writing to request that Mr. Kaeding be provided with Communication Access Real-Time (CART) services at his January 5, 2023, motion hearing. Mr. Kaeding's hearing deficiencies are documented. We do not know if he will be provided with a hearing amplification device, and even with such a device, he requires CART services in order to fully comprehend proceedings. CART services were provided at the January 7, 2023, detention hearing. *See Court Minutes, ECF No. 23.*

I am writing several weeks in advance of the motion hearing because I was told in January 2022 that only a few court reporters are able to provide CART services.

Thank you for your consideration. Please let us know if you need additional information.

Sincerely,

Lee R. Johnson

Cc:    Jordan Sing, Assistant United States Attorney (via ECF)
         Robert Lewis, Assistant United States Attorney (via ECF)
         Harold Kaeding