UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| UNITED STATES OF AMERICA, | COURT MINUTES |
| | BEFORE: JOHN F. DOCHERTY |
| Plaintiff, | U.S. MAGISTRATE JUDGE |
| v. | Case No:        21-CR-169 (ECT/JFD) |
| | Date:             January 19, 2023 |
| HAROLD BENNIE KAEDING, | Location:        Courtroom 6A (STP) |
| | Court Reporter:   NA |
| Defendant. | Time Commenced: 2:57 p.m. |
| | Time Concluded:   3:16 p.m. |
| | Time in Court:    19 min. |

## STATUS CONFERENCE

**APPEARANCES:**

    For the United States:    Jordan L. Sing; Robert M. Lewis
    For Mr. Kaeding:    Karen E. Mohrlant; Lee R. Johnson

**PROCEEDINGS:**

The Court held a status conference to discuss the logistics of Mr. Kaeding's pretrial detention. Mr. Kaeding is currently detained at the Columbia Regional Care Center in South Carolina. The Court had planned to hold a motions hearing to the motion filed by the United States (Dkt. No. 25) and the motions filed by Mr. Kaeding (Dkt. Nos. 65, 66, 67, 68, 70, 71, 74, 77, 78, and 83). After learning that the only facility in Minnesota willing to accept Mr. Kaeding cannot accept him because of a lack of funding, the Court cancelled the hearing.

The United States reported that they have contacted the Bureau of Prisons to discuss whether the Federal Medical Center in Rochester can house Mr. Kaeding. The United States will update the Court and opposing counsel on the status of their conversation.

The United States expressed concern that it did not have current information as to Mr. Kaeding's condition. It further requested that Mr. Kaeding file a notice that he will not consent to a hearing via videoconference.

                                                            s/*ATB*
                                                           Judicial Law Clerk