# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MINNESOTA

|  |  |
|---|---|
| United States of America, | **TRIAL COURT MINUTES** |
| Plaintiff, | BEFORE: Eric C. Tostrud, U.S. District Judge |
| v. | Case No: 21-cr-169 ECT/JFD |
| Harold Bennie Kaeding, | Date: July 29, 2024 |
| Defendant. | Court Reporter: Tim Willette |
|  | Courthouse: St. Paul |
|  | Courtroom: 7D |
|  | Time Commenced: 9:00 a.m. – 10:40 a.m. |
|  | 11:05 a.m. – 12:15 p.m. |
|  | 12:20 p.m. – 12:45 p.m. |
|  | Time in Court: 3 Hours 15 Minutes |

**APPEARANCES:**

Plaintiff: Jordan Sing and Robert Lewis, United States Attorney's Office
Defendant: Harold Bennie Kaeding, pro se
Karen Mohrlant and Lee Johnson, Standby Counsel
☐ FPD, ☐ CJA, ☐ Retained, ☒ Appointed

Interpreter/Language: None / English

**PROCEEDINGS:**

- ☒ JURY Trial - Continued (Trial Day 6).
- ☒ Plaintiff's Witnesses: Zoraida Franco (Cont'd), Kandace Zelaya
- ☒ Defendant's Witnesses: Zoraida Franco (Cont'd), Kandace Zelaya
- ☒ Trial continued to July 30, 2024 at 9:00 a.m.

s/ R. Morton
Courtroom Deputy