# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MINNESOTA

**TRIAL COURT MINUTES**

| | |
|---|---|
| United States of America, | BEFORE: Eric C. Tostrud |
| Plaintiff, | U.S. District Judge |
| v. | Case No: 21-cr-169 ECT/JFD |
| Harold Bennie Kaeding, | Date: July 30, 2024 |
| Defendant. | Court Reporter: Tim Willette |
| | Courthouse: St. Paul |
| | Courtroom: 7D |
| | Time Commenced: 9:15 a.m. – 10:00 a.m. |
| | 10:15 a.m. – 11:55 p.m. |
| | 12:10 p.m. – 12:45 p.m. |
| | Time in Court: 3 Hours 0 Minutes |

**APPEARANCES:**

Plaintiff:   Jordan Sing and Robert Lewis, United States Attorney's Office
Defendant:   Harold Bennie Kaeding, pro se
             Karen Mohrlant and Lee Johnson, Standby Counsel
             ☐ FPD, ☐ CJA, ☐ Retained, ☒ Appointed

Interpreter/Language:   None / English

**PROCEEDINGS:**

- ☒ JURY Trial - Continued (Trial Day 7).
- ☒ Plaintiff's Witnesses: Bill Anderson, Eric Robertson
- ☒ Defendant's Witnesses: Bill Anderson
- ☒ Trial continued to July 31, 2024 at 9:00 a.m.

s/ R. Morton
Courtroom Deputy